1014

**J. Carl COOPER, Appellant**

v.

**SQUARE, INC., Appellee.**

Nos. 2015–1925, 2015–1942, 2015–1943.

United States Court of Appeals,
Federal Circuit.

April 14, 2016.

Robert Greenspoon, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for appellant.

Theodore J. Angelis, K & L Gates LLP, Seattle, WA, argued for appellee. Also represented by Benjamin Hellerstein; Erika Arner, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA; Aaron James Capron, Palo Alto, CA.

PROST, Chief Judge, LOURIE and TARANTO, Circuit Judges.

#### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.